**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

In re: HUNT, LISA                                     §   Case No. 8:16-bk-05299-CPM
     HUNT, DARREL WAYNE                       §
                                     §
                                     §

                  Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 06/21/2016. The case was converted to one under Chapter 7 on 10/04/2017. The undersigned trustee was appointed on 10/04/2017.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of            $          11,750.00

              Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 8,045.85 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $        3,674.15 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/06/2018 and the deadline for filing governmental claims was 04/02/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $68.48 for total expenses of $68.48[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2018

By: /s/ Christine Herendeen

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**   8:16-bk-05299-CPM

**Case Name:**   HUNT, LISA
HUNT, DARREL WAYNE

**For Period Ending:**   06/07/2018

**Trustee Name:**   (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**   10/04/2017 (c)

**§ 341(a) Meeting Date:**   11/08/2017

**Claims Bar Date:**   02/06/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 19319 Holly Lane, Lutz, FL 33548-5053 Single-family home, Residence: 2 story home. Entire property value: $238,644.00 | 238,644.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 380.00 | 380.00 | | 0.00 | FA |
| 3 | Savings: Checking Account: Mid Florida acct endi | 75.00 | 75.00 | | 0.00 | FA |
| 4* | Checking: Checking Account: BBT acct ending 6555 (See Footnote) | 7.00 | 7.00 | | 0.00 | FA |
| 5 | Checking: Savings Account: Midflorida acct endin | 2,046.25 | 2,046.25 | | 0.00 | FA |
| 6 | Checking: BB&T acct ending 6865 | 8.00 | 8.00 | | 0.00 | FA |
| 7 | Household: 3 bedroom sets, stove, fridge, washer | 380.00 | 0.00 | | 0.00 | FA |
| 8 | Electronics: laptop 2 tvs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Collectibles: Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Clothes: Shirts, Pants, Shorts, Dresses | 125.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry: Costume Jewelry Location: 19319 Holly L | 100.00 | 100.00 | | 0.00 | FA |
| 12 | Firearms | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Insurance: Humana | 0.00 | 0.00 | | 0.00 | FA |
| 14* | Cheyennes Country Thangs Inc. - Added in this am (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 15 | FCCPA claim Green Tree/Direch | 0.00 | 4,000.00 | | 11,750.00 | FA |
| 16 | 2008 Cadillac SRX, 72,700 miles, Vehicle:. Entir | 8,600.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$250,665.25** | **$6,616.25** | | **$11,750.00** | **$0.00** |

RE PROP# 4       Mother's SS funds

RE PROP# 14       Liabilites exceed assets

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  2

**Case No.:**   8:16-bk-05299-CPM

**Case Name:**   HUNT, LISA
HUNT, DARREL WAYNE

**For Period Ending:**   06/07/2018

**Trustee Name:**   (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**   10/04/2017 (c)

**§ 341(a) Meeting Date:**   11/08/2017

**Claims Bar Date:**   02/06/2018

**Major Activities Affecting Case Closing:**

05/24/18:  Claims reviewed and all funds will go to IRS.  Case ready for closing.  04/02/18:  Settlement funds received and deposited.  Checks to professionals for the compensation per court order.  02/23/18;  Order entered granting Motion to Approve Compromise and Application for Compensation.  01/18/18:  Counsel filed Motion to Approve Compromise of Controversy and Application for Compensation.  12/08/17:  Order entered approving retention of counsel to litigate the FDCPA claim.

**Initial Projected Date Of Final Report (TFR):**                    **Current Projected Date Of Final Report (TFR):**

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 8:16-bk-05299-CPM | Trustee Name: | Christine L. Herendeen (290278) |
| Case Name: | HUNT, LISA<br>HUNT, DARREL WAYNE | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******6500 Checking |
| Taxpayer ID #: | **-***6927 | Blanket Bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 06/07/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/18 | {15} | Florin Legal, PA | Funds from settlement of claim litigation pursuant to Order Granting Motion to Approve Compromise (Doc. No. 64). | 1149-000 | 11,750.00 | | 11,750.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,740.00 |
| 04/02/18 | 101 | Florin Legal PA | Attorney's fees for Special Counsel pursuant to Order approving compensation (Doc. No. 65). | 3210-000 | | 5,916.00 | 5,824.00 |
| 04/02/18 | 102 | Florin Legal PA | Attorney's costs for Special Counsel pursuant to Order approving compensation (Doc. No. 65). | 3220-000 | | 360.85 | 5,463.15 |
| 04/02/18 | 103 | Faro & Crowder PA | Attorney's fees for Special Counsel pursuant to Order approving compensation (Doc. No. 65). | 3210-000 | | 1,769.00 | 3,694.15 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,684.15 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,674.15 |

| | | COLUMN TOTALS | | | 11,750.00 | 8,075.85 | $3,674.15 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 11,750.00 | 8,075.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $11,750.00 | $8,075.85 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

Page:  2

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**           8:16-bk-05299-CPM

**Case Name:**          HUNT, LISA
                        HUNT, DARREL WAYNE

**Taxpayer ID #:**      **-***6927

**For Period Ending:** 06/07/2018

**Trustee Name:**                          Christine L. Herendeen (290278)

**Bank Name:**                             Rabobank, N.A.

**Account #:**                             ******6500 Checking

**Blanket Bond (per case limit):** $26,930,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $11,750.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $11,750.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6500 Checking | $11,750.00 | $8,075.85 | $3,674.15 |
| | **$11,750.00** | **$8,075.85** | **$3,674.15** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Claims Distribution Register

**Case:    8:16-bk-05299-CPM LISA HUNT AND DARREL WAYNE HUNT**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | | |
| | 06/07/18 | 200 | Christine Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2100-00 Trustee Compensation> | | $ 1,750.00 | $ 1,750.00 | $ 0.00 | $ 1,750.00 | $ 1,750.00 |
| | 06/05/18 | 200 | Christine Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2200-00 Trustee Expenses> | | $ 68.48 | $ 68.48 | $ 0.00 | $ 68.48 | $ 68.48 |
| | | | Total for Priority 200:    100% Paid | | $ 1,818.48 | $ 1,818.48 | $ 0.00 | $ 1,818.48 | $ 1,818.48 |
| | | | Total for Admin Ch. 7 Claims: | | $ 1,818.48 | $ 1,818.48 | $ 0.00 | $ 1,818.48 | $ 1,818.48 |
| **Secured Claims:** | | | | | | | | | |
| 3 | 07/05/16 | 100 | Americredit Financial Services dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096<br><4210-00 Personal Property & Intangibles - Consensual Liens><br>MEMO: History: Details3-1 07/05/2016Claim #3 filed by Americredit Financial Services dba GM Financial, Amount claimed: $7966.68 (AmeriCredit Financial Services dba GM F (MY))<br>------------------------------------------------------------------------* * * | | $ 7,966.68 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | 07/18/16 | 100 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23286<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>MEMO: History: Details5-1 07/18/2016Claim #5 filed by SunTrust Bank, Amount claimed: $361513.60 (SunTrust Bank (JL))<br>------------------------------------------------------------------------* * * | | $ 361,513.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | 10/24/16 | 100 | New Penn Financial, LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10675<br>Greenville, SC 29603<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>MEMO: History: Details8-1 10/24/2016Claim #8 filed by Ditech Financial LLC fka Green Tree Servicing LLC, Amount claimed: $315212.71 (Kussmaul, Andrew )<br>44 07/20/2017Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing. (AIS Data Services (SB))<br>doc 08/18/2017Notice of Mortgage Payment Change Related to Claim 8 Filed by Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing. (AIS Data Services (PV))<br>------------------------------------------------------------------------* * * | | $ 315,212.71 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:    0% Paid | | $ 684,692.99 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | | $ 684,692.99 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Exhibit C**
**Claims Distribution Register**

**Case:  8:16-bk-05299-CPM LISA HUNT AND DARREL WAYNE HUNT**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|

**Priority Claims:**

| 2P | 06/29/16 | 570 | Internal Revenue Service | | $ 2,539.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Kansas city, MO 64999-0202

<5800-00 Claims of Governmental Units - § 507(a)(8)>

MEMO: 10/21/2017 Amendment 2-2 imported by CLH; original claim didn't exist

-----------------------------------------------------------------------------

History: Details2-1 06/29/2016Claim #2 filed by Internal Revenue Service, Amount claimed: $8259.12 (Internal Revenue Service)
Details2-2 10/17/2017Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $7658.87 (Internal Revenue Service)
-----------------------------------------------------------------------------* * *

| 2P-2 | 06/29/16 | 570 | Internal Revenue Service | | $ 2,539.54 | $ 2,539.54 | $ 0.00 | $ 2,539.54 | $ 1,855.67 |

P.O. Box 7317
Philadelphia, PA 19101-7317

<5800-00 Claims of Governmental Units - § 507(a)(8)>

MEMO: 10/21/2017 Amendment 2-2 imported by CLH; original claim didn't exist

-----------------------------------------------------------------------------

History: Details2-1 06/29/2016Claim #2 filed by Internal Revenue Service, Amount claimed: $8259.12 (Internal Revenue Service)
Details2-2 10/17/2017Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $7658.87 (Internal Revenue Service)
-----------------------------------------------------------------------------* * *

| | | | Total for Priority 570:  73.07111% Paid | | $ 5,079.08 | $ 2,539.54 | $ 0.00 | $ 2,539.54 | $ 1,855.67 |
| | | | | Total for Priority Claims: | $ 5,079.08 | $ 2,539.54 | $ 0.00 | $ 2,539.54 | $ 1,855.67 |

**Unsecured Claims:**

| 1 | 06/23/16 | 610 | PATHOLOGY SPECIALISTS PA | | $ 360.45 | $ 360.45 | $ 0.00 | $ 360.45 | $ 0.00 |

C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details1-1 06/23/2016Claim #1 filed by PATHOLOGY SPECIALISTS PA, Amount claimed: $360.45 (Fox Collection Center (DC))
-----------------------------------------------------------------------------* * *

| 2U | 06/29/16 | 610 | Internal Revenue Service | | $ 5,119.33 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Kansas city, MO 64999-0202

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: 10/21/2017 Amendment 2-2 imported by CLH; original claim didn't exist

-----------------------------------------------------------------------------

History: Details2-1 06/29/2016Claim #2 filed by Internal Revenue Service, Amount claimed: $8259.12 (Internal Revenue Service)
Details2-2 10/17/2017Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $7658.87 (Internal Revenue Service)
-----------------------------------------------------------------------------* * *

**Exhibit C**
## Claims Distribution Register

**Case:    8:16-bk-05299-CPM LISA HUNT AND DARREL WAYNE HUNT**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 2U-2 | 06/29/16 | 610 | Internal Revenue Service Kansas city, MO 64999-0202 | | $ 3,523.54 | $ 3,523.54 | $ 0.00 | $ 3,523.54 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: 10/21/2017 Amendment 2-2 imported by CLH; original claim didn't exist

------------------------------------------------------------------------------

History: Details2-1 06/29/2016Claim #2 filed by Internal Revenue Service, Amount claimed: $8259.12 (Internal Revenue Service)

Details2-2 10/17/2017Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $7658.87 (Internal Revenue Service)

------------------------------------------------------------------------------ * * *

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 07/14/16 | 610 | Orlando Health, Inc. Attn: Bridget B. Walters, CPAM 3090 Caruso Ct., Suite 20, MP 15 Orlando, FL 32806 | | $ 8,454.48 | $ 8,454.48 | $ 0.00 | $ 8,454.48 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details4-1 07/14/2016Claim #4 filed by Orlando Health, Inc., Amount claimed: $8454.48 (Paasch, Michael )

------------------------------------------------------------------------------ * * *

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 09/13/16 | 610 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | | $ 52,477.84 | $ 52,477.84 | $ 0.00 | $ 52,477.84 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details6-1 09/13/2016Claim #6 filed by AMERICAN EXPRESS BANK FSB, Amount claimed: $52477.84 (Becket & Lee, LLP (GD))

------------------------------------------------------------------------------ * * *

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 10/07/16 | 610 | Porania, LLC P.O. Box 12213 Scottsdale, AZ 85267 | | $ 2,433.82 | $ 2,433.82 | $ 0.00 | $ 2,433.82 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details7-1 10/07/2016Claim #7 filed by Porania, LLC, Amount claimed: $2433.82 (Porania, LLC (JS))

------------------------------------------------------------------------------ * * *

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 10/18/17 | 610 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | | $ 16,042.37 | $ 16,042.37 | $ 0.00 | $ 16,042.37 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details9-1 10/18/2017Claim #9 filed by AMERICAN EXPRESS CENTURION BANK, Amount claimed: $16042.37 (Becket & Lee, LLP (GD))

------------------------------------------------------------------------------ * * *

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 10/19/17 | 610 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | | $ 7,047.21 | $ 7,047.21 | $ 0.00 | $ 7,047.21 | $ 0.00 |

<7100-00 Section 726(a)(2) General Unsecured Claims>

MEMO: History: Details10-1 10/19/2017Claim #10 filed by Discover Bank, Amount claimed: $7047.21 (Discover Bank DB Servicing Corp (MW))

------------------------------------------------------------------------------ * * *

**Exhibit C**
# Claims Distribution Register

**Case:   8:16-bk-05299-CPM LISA HUNT AND DARREL WAYNE HUNT**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 11 | 01/30/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>MEMO: History: Details11-1 01/30/2018Claim #11 filed by Portfolio Recovery Associates, LLC, Amount claimed: $365.09 (PRA Receivables Management, LLC (DD))<br>--------------------------------------------------------------------* * * | $ 365.09 | $ 365.09 | $ 0.00 | $ 365.09 | $ 0.00 |
| 12 | 01/30/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>MEMO: History: Details12-1 01/30/2018Claim #12 filed by Portfolio Recovery Associates, LLC, Amount claimed: $636.59 (PRA Receivables Management, LLC (DD))<br>--------------------------------------------------------------------* * * | $ 636.59 | $ 636.59 | $ 0.00 | $ 636.59 | $ 0.00 |
| | | | Total for Priority 610:   0% Paid | $ 96,460.72 | $ 91,341.39 | $ 0.00 | $ 91,341.39 | $ 0.00 |
| 2F-2 | 06/29/16 | 630 | Internal Revenue Service<br>Kansas city, MO 64999-0202<br><7300-00 Section 726(a)(4) Fines, Penalties><br>MEMO: 10/21/2017 Amendment 2-2 imported by CLH; original claim didn't exist<br>----------------------------------------------------------------<br>History: Details2-1 06/29/2016Claim #2 filed by Internal Revenue Service, Amount claimed: $8259.12 (Internal Revenue Service)<br>Details2-2 10/17/2017Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $7658.87 (Internal Revenue Service)<br>--------------------------------------------------------------------* * * | $ 1,595.79 | $ 1,595.79 | $ 0.00 | $ 1,595.79 | $ 0.00 |
| | | | Total for Priority 630:   0% Paid | $ 1,595.79 | $ 1,595.79 | $ 0.00 | $ 1,595.79 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 98,056.51 | $ 92,937.18 | $ 0.00 | $ 92,937.18 | $ 0.00 |
| | | | Total for Case: | $ 789,647.06 | $ 97,295.20 | $ 0.00 | $ 97,295.20 | $ 3,674.15 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:16-bk-05299-CPM
Case Name: LISA HUNT AND DARREL WAYNE HUNT
Trustee Name: Christine L. Herendeen

**Balance on hand:**   $                    3,674.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Americredit Financial Services dba GM Financial | 7,966.68 | 0.00 | 0.00 | 0.00 |
| 5 | SunTrust Bank | 361,513.60 | 0.00 | 0.00 | 0.00 |
| 8 | New Penn Financial, LLC | 315,212.71 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $        3,674.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine Herendeen | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Christine Herendeen | 68.48 | 0.00 | 68.48 |

Total to be paid for chapter 7 administrative expenses:   $        1,818.48
Remaining balance:   $        1,855.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $        1,855.67

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,539.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 2,539.54 | 0.00 | 1,855.67 |

Total to be paid for priority claims: $ 1,855.67

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $91,341.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PATHOLOGY SPECIALISTS PA | 360.45 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 3,523.54 | 0.00 | 0.00 |
| 4 | Orlando Health, Inc. | 8,454.48 | 0.00 | 0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | 52,477.84 | 0.00 | 0.00 |
| 7 | Porania, LLC | 2,433.82 | 0.00 | 0.00 |
| 9 | AMERICAN EXPRESS CENTURION BANK | 16,042.37 | 0.00 | 0.00 |
| 10 | Discover Bank | 7,047.21 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 365.09 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 636.59 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,595.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2F-2 | Internal Revenue Service | 1,595.79 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00